# MEMORANDUM CASES.

[Criminal No. 163.]

## GUILLERMO ROMERO, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. F. M. Doan, Judge.
Ben Morgan, for Appellant.
E. W. Wells, Attorney-General, for Respondent.
January 12, 1903. Dismissed.

[Civil No. 821.]

## THE CITY OF PRESCOTT, Appellant, v. T. C. HILL, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. R. E. Sloan, Judge.
J. H. Collins, for Appellant.
Ross & O'Sullivan, for Appellee.
January 15, 1903. Dismissed on short transcript under paragraph 1583 of the Revised Statutes of Arizona, 1901.

[Civil No. 823.]

## COUNTY OF PIMA, Appellant, v. CITY OF TUCSON, a Municipal Corporation, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. George R. Davis, Judge.
No appearance for Appellant.
Roscoe Dale, and Wright & Fleming, for Appellee.
January 15, 1903. Affirmed on short transcript under paragraph 1583 of the Revised Statutes of Arizona, 1901.